# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3941
_____

WILLIE K. CLEVELAND,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

March 13, 2024

ON MOTION FOR WRITTEN OPINION

PER CURIAM.

We grant Appellant's motion for written opinion, withdraw our per curiam affirmance dated January 25, 2024, and substitute the following opinion in its place.

AFFIRMED. *See Parks v. State*, 371 So. 3d 392 (Fla. 1st DCA 2023), *review granted*, SC2024-1355, 2024 WL 370043 (Fla. Jan. 31, 2024).

LEWIS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kathryn Lane, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.